UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. SALAAM O'NEAL

00 - 323

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. SALAAM O'NEAL, Inmate #29192- Pod 2B, is now confined to Somerset County Jail.

2. SALAAM O'NEAL, Inmate #29192- Pod 2B will be required at the United States Court House in Newark, New Jersey before the Hon. Katharine S. Hayden, U.S. District Judge, on Thursday, December 2, 2010, at 10:00 a.m., for a Violation Hearing, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: November 29, 2010
Newark, NJ

_____
Lakshmi Srinivasan Herman, Assistant U.S. Attorney
Petitioner

---

## ORDER

Let the Writ Issue.

DATED: 11/29/10

_____
Hon. Katharine S. Hayden, U.S.D.J.

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Somerset County Jail
WE COMMAND YOU that you have the body of

SALAAM O'NEAL, Inmate #29192- Pod 2B

now confined at the Somerset County Jail, brought before the United States District Court, before the Hon. Katharine S. Hayden, U.S. District Judge, on Thursday, December 2, 2010, at 10:00 a.m., for a Violation Hearing, in the above-captioned case.

WITNESS the Hon. Katharine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: 11/29/10

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk