UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Crim. No. 00-323-08 (KSH) |
| | : | |
| SALAAM O'NEAL | : | ORDER |

This matter having come before the Court on the petition of the United States Probation
Office for a hearing regarding the failure of defendant Salaam O'Neal to comply with a condition
of supervised release imposed on August 7, 2002, Lakshmi Srinivasan Herman, Assistant U.S.
Attorney, appearing for the Government, and Carol Gillen, Assistant Federal Public Defender,
appearing for the defendant; and the defendant having waived the preliminary hearing and having
entered a plea of guilty and been adjudged guilty on December 2, 2010 to having violating
Violation Number 1 of the Petition for Warrant or Summons for Offender Under Supervision
(the "Petition"), dated April 5, 2010, which required that the defendant not commit another
federal, state, or local crime; and for good cause shown;

IT IS on this 4th day of January, 2011

ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the
Bureau of Prisons to be imprisoned for a period of fifteen months;

IT IS FURTHER ORDERED that the defendant's sentence is to be served concurrently to
his state sentence that is imposed by the Superior Court of New Jersey, Law Division (Criminal),
Somerset County, in Indictment No. 10-04-00195-I; and

IT IS FURTHER ORDERED that this sentence is to start immediately and it is to be

served at the designated state facility; and

IT IS FURTHER ORDERED that no additional period of supervised release shall be imposed upon the defendant following his release from the term of imprisonment imposed for this violation.

HONORABLE KATHARINE S. HAYDEN
United States District Judge